(Rev. 4/97)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

_Lakisha Short_
Plaintiff

_State of_ v. _Delaware_
_Warden Patrick Ryan_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-920

I, _Lakisha Short_, declare that I am the (check appropriate box)

(☑) Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    (Yes)    No    (If "No" go to Question 2)

   If "Yes" state the place of your incarceration _Baylor Womens Correctional Institution_

   Are you employed at the institution? _No_ Do you receive any payment from the institution? _No_

   Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2. Are you currently employed?    Yes    (No)

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Not since 2002._

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    Yes    (No)
   b. Rent payments, interest or dividends              Yes    (No)
   c. Pensions, annuities or life insurance payments    Yes    (No)
   d. Disability or workers compensation payments       Yes    (No)
   e. (*) ~~Gifts or inheritances~~                     (Yes)  No
   f. Any other sources                                 Yes    (No)

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

(*) _Occasional small gifts from the religious community._

4. Do you have a cash or checking or savings accounts?     Yes     (No)

   If "Yes" state the total amount $ __0__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     Yes     (No)

   If "Yes" describe the property and state its value. __0__

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   *None*

I declare under penalty of perjury that the above information is true and correct.

__12/28/05__　　　　　　　　　　　__[signature]__
DATE　　　　　　　　　　　　　　SIGNATURE OF APPLICANT

---

# SEE ATTACHED
# SIX MONTH STATEMENT

## Account Activity Ledger
### From: 06/01/2005 To: 12/06/2005

Date : 12/06/2005
Time : 18:33

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 00343759 | **Name** SHORT, LAKISHA | | | **Block** 6 | | **Previous Balance** | | 5.52 |
| REC.6/2.CK.CHAP.EARL | 06/02/2005 | 17:45 | B#37567 | D | | 10.00 | | 15.52 |
| Sales Transaction | 06/07/2005 | 07:28 | I#72291 | I | 15.39 | | | 0.13 |
| REC.6/8 | 06/09/2005 | 15:24 | B#37673 | D | | 20.00 | | 20.13 |
| Sales Transaction | 06/14/2005 | 10:10 | I#72491 | I | 19.25 | | | 0.88 |
| REC.6/16.SCI.CK | 06/17/2005 | 11:07 | B#37796 | D | | 30.00 | | 30.88 |
| Sales Transaction | 06/21/2005 | 12:30 | I#72713 | I | 29.36 | | | 1.52 |
| REC.7/7.CK.CHP.ERLE | 07/08/2005 | 14:23 | B#38060 | D | | 10.00 | | 11.52 |
| Sales Transaction | 07/12/2005 | 09:24 | I#73312 | I | 10.39 | | | 1.13 |
| REC.7/11 | 07/13/2005 | 11:48 | B#38110 | D | | 10.00 | | 11.13 |
| Sales Transaction | 07/19/2005 | 09:42 | I#73511 | I | 10.27 | | | 0.86 |
| MCP.7/21 | 07/22/2005 | 15:54 | B#38251 | W | | | -4.00 | -3.14 |
| PROCESSED 8/2 | 08/03/2005 | 14:12 | B#38425 | D | | 20.00 | | 16.86 |
| PROCESSED/REC.8/4.CK | 08/05/2005 | 14:49 | B#38463 | D | | 10.00 | | 26.86 |
| EXTRA.ZOE.ICECREAM.F | 08/05/2005 | 15:09 | B#38464 | W | | | -2.50 | 24.36 |
| Sales Transaction | 08/09/2005 | 09:40 | I#74113 | I | 19.42 | | | 4.94 |
| PROCESSED.REC.VR.8/1 | 08/19/2005 | 16:47 | B#38634 | D | | 25.00 | | 29.94 |
| rec 8/23/05 | 08/24/2005 | 15:29 | B#38678 | D | | 20.00 | | 49.94 |
| rec 8/23/05 | 08/24/2005 | 15:29 | B#38678 | D | | 20.00 | | 69.94 |
| Sales Transaction | 08/26/2005 | 10:48 | I#74666 | I | 22.47 | | | 47.47 |
| Sales Transaction | 09/06/2005 | 11:22 | I#74893 | I | 34.13 | | | 13.34 |
| MCP.9/7 | 09/08/2005 | 12:55 | B#38839 | W | | | -4.00 | 9.34 |
| 9/9/05 | 09/09/2005 | 13:54 | B#38884 | D | | 10.00 | | 19.34 |
| Sales Transaction | 09/13/2005 | 09:41 | I#75101 | I | 13.31 | | | 6.03 |
| P/T.RED.CROSS.9/14 | 09/14/2005 | 15:53 | B#38951 | W | | | -3.00 | 3.03 |
| PROCESSED.REC.VR.9/2 | 09/23/2005 | 12:43 | B#39102 | D | | 25.00 | | 28.03 |
| Sales Transaction | 09/27/2005 | 10:38 | I#75500 | I | 27.12 | | | 0.91 |
| PROCESSED.REC.VR.CK. | 10/07/2005 | 12:12 | B#39267 | D | | 10.00 | | 10.91 |
| Sales Transaction | 10/11/2005 | 10:19 | I#75897 | I | 8.28 | | | 2.63 |
| PROCESSED.REC.10/20 | 10/21/2005 | 14:32 | B#39455 | D | | 10.00 | | 12.63 |
| Sales Transaction | 10/25/2005 | 09:35 | I#76316 | I | 11.28 | | | 1.35 |
| PROCESSED.REC.VR.10/ | 10/28/2005 | 11:37 | B#39536 | D | | 25.00 | | 26.35 |
| Sales Transaction | 11/08/2005 | 11:17 | I#76738 | I | 25.64 | | | 0.71 |
| PROCESSED.REC.VR.11/ | 11/10/2005 | 16:42 | B#39721 | D | | 10.00 | | 10.71 |
| Sales Transaction | 11/29/2005 | 09:32 | I#77222 | I | 9.25 | | | 1.46 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 16 | For $ | 265.00 |
| **Withdraws** | 4 | For $ | -13.50 |
| **Invoices** | 14 | For $ | 255.56 |