AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **05-920 (JJF)**

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____(1)____ COPIES OF AO FORM 85.

| | |
|---|---|
| 1/18/06 | [signature] |
| (Date forms issued) | (Signature of Party or their Representative) |

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action