05cv920 (JJF)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark Here
0501
FEB 9
02/07/2006

CA 05-920 (JJF)

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON DE 19801

PS Form 3800, June 2002     See Reverse for Instructions

7005 1820 0004 3169 5162