05cv920(JJF)



**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

0501
14   Postmark
Here

FEB 9
02/09/2006

Warden Patrick Ryan
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
Wilmington, DE 19720

PS Form 3800, June 2002               See Reverse for Instructions

7005 1820 0004 3169 5155