Scanned  RG



United States District Court
For the District of Delaware

FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-920-JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CA 05-920

LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE  19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Vin Slo    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 3169 5162

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540