**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006, I electronically filed an answer to a habeas petition with the Clerk of Court using CM/ECF. I also hereby certify that on March 24, 2006, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

Lakisha Short
SBI No. 343759
Baylor Women's Correctional Institution
660 Baylor Blvd
New Castle, DE 19720

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us