IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAKISHA SHORT**, : | |
| : | |
| Petitioner : | |
| : | |
| v. : | Civ. Act. No. 05-920-JJF |
| : | |
| **PATRICK RYAN**, Warden, and : | |
| **CARL C. DANBERG**, Attorney : | |
| General of the State of Delaware, : | |
| : | |
| Respondents : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1. The petitioner, Lakisha Short, has applied for federal habeas relief challenging her April 2004 conviction by a Delaware Superior Court jury for first degree robbery, aggravated menacing, and three weapons offenses. D.I. 2. The undersigned filed an answer to the petition on March 24, 2006.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before April 17, 2006.

    4.    Respondents submit that an extension of time to April 17, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: March 24, 2006