<u>RULE 7.1.1 CERTIFICATION</u>

      I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                                        <u>/s/ Elizabeth R. McFarlan</u>
                                        Deputy Attorney General

                                        Counsel for Respondents

Date:  March 24, 2006