**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 24, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

> Lakisha Short
> SBI No. 343759
> Baylor Women's Correctional Institution
> 660 Baylor Blvd
> New Castle, DE 19720

>                               /s/ Elizabeth R. McFarlan
>                               Deputy Attorney General
>                               Department of Justice
>                               820 N. French Street
>                               Wilmington, DE 19801
>                               (302) 577-8500
>                               Del. Bar. ID No. 3759
>                               elizabeth.mcfarlan@state.de.us