IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAKISHA SHORT, :
:
        Petitioner :
:
v. : Civ. Act. No. 05-920-JJF
:
PATRICK RYAN, Warden, and :
CARL C. DANBERG, Attorney :
General of the State of Delaware, :
:
        Respondents :

ORDER

This __24__ day of __March__, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified portions of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents shall file certified portions of the state court records on or before April 17, 2006.

_____
United States District Judge