IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAKISHA SHORT**, : | |
| : | |
| Petitioner : | |
| : | |
| v. : | Civ. Act. No. 05-920-JJF |
| : | |
| **PATRICK RYAN**, Warden, and : | |
| **CARL C. DANBERG**, Attorney : | |
| General of the State of Delaware, : | |
| : | |
| Respondents : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Opening Brief & Appendix (No. 182, 2004)

    b. State's Answering Brief & Appendix (No. 182, 2004).

2. Certified copies of the following Superior Court documents in case number 0308021919A have also been manually filed with the Court and are available in paper form only:

    a. Criminal Docket

    b. Indictment by the Grand Jury

    c. Corrected Sentence Order (April 29, 2004)

    d. Motion for Postconviction Relief (filed June 6, 2005)

    e.  Memorandum Opinion (Oct. 25, 2005).

<u>/s/ Elizabeth R. McFarlan</u>  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  
Del. Bar. ID No. 3759  
elizabeth.mcfarlan@state.de.us

April 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on April 7, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Lakisha Short
    SBI No. 343759
    Baylor Women's Correctional Institution
    660 Baylor Blvd
    New Castle, DE 19720

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us