Lakisha Short
SBI # 00343759
Baylor Women's Correctional Institution
660 Baylor Boulevard
Wilmington, DE 19720

August 15, 2006

Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, DE 19801-3570

### Re: 1:05-cv-00920-JJF  Short v. Ryan

Dear Court Clerk:

I am checking on the status of the above case, a Writ of Habeas Corpus which I filed Pro Se in January 2006 in appeal of my conviction and sentence by the Delaware Superior Court. I have not heard anything from the Federal District Court since April 21, 2006. Please advise me of the status of my appeal and how I should proceed.

Thank you.

Sincerely,

Kisha Short

Cc: Honorable Judge Joseph J. Farnan, Jr.
    file



FILED
AUG 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned



LAKISHA SHORT
660 BAYLOR BLVD
NEW CASTLE DE
19720

WILMINGTON DE 197

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570