IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAKISHA SHORT,

        Petitioner,

v.  :  Civ. Act. No. 05-920-JJF

PATRICK RYAN, Warden, and
Attorney General
of the State of Delaware,

        Respondents.

**O R D E R**

At Wilmington, this 29 day of December, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Lakisha Short's Petition For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 2.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                          *[signature]*
                          UNITED STATES DISTRICT JUDGE